## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dejuan Haywood Haggins,                                    Civil No. 11-224 (DWF/LIB)

             Plaintiff,

v.                                                         **ORDER ADOPTING REPORT
                                                           AND RECOMMENDATION**

Ramsey County Sheriff; County
of Ramsey; and C.O. Whipps, C.O.
Renteria, C.O. Frerichs, C.O.
Brommerich, and Sgt. Sontoya,
Ramsey County Jail Employees;

             Defendants.

_____

Dejuan Haywood Haggins, *Pro Se*, Plaintiff.

_____

Based upon the April 18, 2011 Report and Recommendation of United States

Magistrate Judge Leo I. Brisbois, all the files and records, and no objections having been

filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Application to Proceed Without Prepayment of Fees (Doc.

No. [2]) is **DENIED**; and

    2.    This action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  May 9, 2011           s/Donovan W. Frank
                         DONOVAN W. FRANK
                         United States District Judge